**EDWARD F. WESTFIELD, ESQ**. (ATTORNEY BAR CODE EW2030)
**HYDERALLY & ASSOCIATES, P.C.**
6218 RIVERDALE AVENUE
RIVERDALE, NY 10471
T: (718) 601-1100
F: (212) 601-1200
E: EFW@EFWPC.COM

-AND-

**Hyderally & Associates, P.C.**
TY HYDERALLY, ESQ. (NJSBA 85013)
33 PLYMOUTH STREET, SUITE 202
MONTCLAIR, NEW JERSEY 07042
TELEPHONE (973) 509-8500
FACSIMILE (973) 509-8501
E: TYH@EMPLOYMENTLIT.COM

Attorneys for Plaintiff: Lazar Eydelman

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LAZAR EYDELMAN,**<br><br>**PLAINTIFF,**<br><br>VS.<br><br>**CBRE GWS LLC, a Delaware limited liability company, CBRE, INC., a Delaware corporation, JOHN DOES 1-10, AND XYZ CORP. 1-10,**<br><br>**DEFENDANTS.** | **CIVIL ACTION No: 1:18-cv-02362 (JGK/RWL)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the plaintiff, Lazar Eydelman, hereby dismisses this action, without prejudice.

Dated: April 24, 2018

_/s/ Edward F. Westfield_
Edward F. Westfield